## PMA COMPANIES

IF YOU HAVE ANY QUESTIONS PLEASE CALL:
PMA CALL CENTER
(888) 476-2669

EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

ADVICE NO.: 803645389B
ADVICE DATE: 10/24/23
ADVICE AMT: $2,239.54
PAY PERIOD: 10/12/23-10/25/23
PD TO DATE: $33,593.10
RATE......: $1,119.77
VOUCHER NO: C108549674
BILL NO...:

ACCIDENT DT: 03/29/23
PAYMNT TYPE: WORKERS' COMPENSATION
INSURED....: DOUBLE H PLASTICS, INC.
CLAIM NO...: ████0914
POLICY NO..: ████8194
INVOICE NO.:
INVOICE DT.:
INVOICE AMT:
IRS NUMBER.:
PATIENT ID.:
INJURED....: EDWARD MENKE

Page 1 of 1

| FROM - THRU | BILLING CODE DESCRIPTION | QTY | BILLED AMT | PAYMENT AMT | REASON |
|---|---|---|---|---|---|

EXPLANATION OF BENEFITS

Payment Type : TEMPORARY TOTAL DISABILITY

ONGOING PAYMENT ..........................................................2239.54

NET AMOUNT                                                             2239.54

Memo: CLAIM ████0914

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading information concerning any fact material therto commits a fraudulant insurance act, which is a crime and subjects such person to criminal and civil penalties."

PMA MANAGEMENT CORP.
ON BEHALF OF
DOUBLE H PLASTICS, INC.

| ADVICE NUMBER | DATE | ADVICE |
|---|---|---|
| 803645389B | 10/24/23 | ********2,239.54 |

WELLS FARGO BANK N.A.

ADVICE  Two Thousand Two Hundred And Thirty Nine And 54/100 US Dollars

TO THE ORDER OF
EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**VOID**NON-NEGOTIABLE**VOID**



**PMA COMPANIES**

IF YOU HAVE ANY QUESTIONS PLEASE CALL:
PMA CALL CENTER
(888) 476-2669

EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

ADVICE NO.: 803653942B
ADVICE DATE: 11/06/23
ADVICE AMT: $2,239.54
PAY PERIOD: 10/26/23-11/08/23
PD TO DATE: $35,832.64
RATE......: $1,119.77
VOUCHER NO: C108549675
BILL NO...:

ACCIDENT DT: 03/29/23
PAYMNT TYPE: WORKERS' COMPENSATION
INSURED...: DOUBLE H PLASTICS, INC.
CLAIM NO..:          0914
POLICY NO.:          8194
INVOICE NO.:
INVOICE DT.:
INVOICE AMT:
IRS NUMBER.:
PATIENT ID.:
INJURED...: EDWARD MENKE

Page 1 of 1

| FROM - THRU | BILLING CODE DESCRIPTION | QTY | BILLED AMT | PAYMENT AMT | REASON |
|---|---|---|---|---|---|

EXPLANATION OF BENEFITS

Payment Type : TEMPORARY TOTAL DISABILITY

ONGOING PAYMENT ..................................................2239.54

NET AMOUNT                                                              2239.54

Memo: CLAIM        0914

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material therto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

PMA MANAGEMENT CORP.
ON BEHALF OF
DOUBLE H PLASTICS, INC.

| ADVICE NUMBER | DATE | ADVICE |
|---|---|---|
| 803653942B | 11/06/23 | ********2,239.54 |

WELLS FARGO BANK N.A.

ADVICE   Two Thousand Two Hundred And Thirty Nine And 54/100 US Dollars

TO
THE
ORDER
OF
EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**VOID**NON-NEGOTIABLE**VOID**