

**PMA COMPANIES**

IF YOU HAVE ANY QUESTIONS PLEASE CALL:
PMA CALL CENTER
(888) 476-2669

EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

ADVICE NO.: 803633483B
ADVICE DATE: 10/06/23
ADVICE AMT: $2,239.54
PAY PERIOD: 09/28/23-10/11/23
PD TO DATE: $31,353.56
RATE......: $1,119.77
VOUCHER NO: C108442443
BILL NO...:

ACCIDENT DT: 03/29/23
PAYMNT TYPE: WORKERS' COMPENSATION
INSURED....: DOUBLE H PLASTICS, INC.
CLAIM NO...
POLICY NO..:
INVOICE NO.:
INVOICE DT.:
INVOICE AMT:
IRS NUMBER.:
PATIENT ID.:
INJURED....: EDWARD MENKE

Page 1 of 1

| FROM - THRU | BILLING CODE DESCRIPTION | QTY | BILLED AMT | PAYMENT AMT | REASO |
|---|---|---|---|---|---|

EXPLANATION OF BENEFITS

Payment Type : TEMPORARY TOTAL DISABILITY

ONGOING PAYMENT .................................................... 2239.54

NET AMOUNT                                                         2239.54

Memo: CLAIM W003980914

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading information concerning any fact material therto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

**PMA MANAGEMENT CORP.**
ON BEHALF OF
DOUBLE H PLASTICS, INC.

| ADVICE NUMBER | DATE | ADVICE |
|---|---|---|
| 803633483B | 10/06/23 | ********2,239.54 |

WELLS FARGO BANK N.A.

ADVICE  Two Thousand Two Hundred And Thirty Nine And 54/100 US Dollars

TO THE ORDER OF
EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**PMA COMPANIES**

IF YOU HAVE ANY QUESTIONS PLEASE CALL:
PMA CALL CENTER
(888) 476-2669

EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

ADVICE NO.: 803675075B
ADVICE DATE: 12/04/23
ADVICE AMT: $2,239.54
PAY PERIOD: 11/23/23-12/06/23
PD TO DATE: $40,311.72
RATE......: $1,119.77
VOUCHER NO: C108609483
BILL NO...:

ACCIDENT DT: 03/29/23
PAYMNT TYPE: WORKERS' COMPENSATION
INSURED....: DOUBLE H PLASTICS, INC
CLAIM NO...:
POLICY NO..:
INVOICE NO.:
INVOICE DT.:
INVOICE AMT:
IRS NUMBER.:
PATIENT ID.:
INJURED....: EDWARD MENKE

Page 1 of 1

| FROM - THRU | BILLING CODE | DESCRIPTION | QTY | BILLED AMT | PAYMENT AMT | REASON |
|---|---|---|---|---|---|---|

EXPLANATION OF BENEFITS

Payment Type : TEMPORARY TOTAL DISABILITY

ONGOING PAYMENT ..................................................................2239.54

NET AMOUNT                                                                    2239.54

Memo: CLAIM W003980914

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material therto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

PMA MANAGEMENT CORP.
ON BEHALF OF
DOUBLE H PLASTICS, INC.

| ADVICE NUMBER | DATE | ADVICE |
|---|---|---|
| 803675075B | 12/04/23 | ********2,239.54 |

WELLS FARGO BANK N.A.

ADVICE   Two Thousand Two Hundred And Thirty Nine And 54/100 US Dollars

EDWARD MENKE
9920 LORRY PLACE
PHILADELPHIA PA 19114

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Add 1

**VOID**NON-NEGOTIABLE**VOID**