United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13659-amc |
| Edward Christian Menke, III | Chapter 13 |
| Kathleen A. Menke | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2024 | Form ID: 155 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edward Christian Menke, III, Kathleen A. Menke, 9920 Lorry Pl, Philadelphia, PA 19114-2106 |
| 14890614 | + | Christopher L. Potter, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14835730 | | Fritz & Bianculli LLC, 1515 Market St Ste 1801, Philadelphia, PA 19102-1918 |
| 14849646 | | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14849645 | | Lower Bucks Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14835739 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14835741 | | Rheumatic Disease Associates LTD, 2360 Maryland Rd, Willow Grove, PA 19090-1709 |
| 14835744 | | Stern & Cohen, P.C., 2001 Market St Ste 2600, Philadelphia, PA 19103-7037 |
| 14835748 | + | Thomas Jefferson University Hosp., Inc., Attn: Patient Billing, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14835749 | | Torresdale Pediatrics, 2217 Bristol Pike, Bensalem, PA 19020-5736 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14864814 | | Email/Text: megan.harper@phila.gov | Jun 14 2024 00:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14835726 | | Email/Text: megan.harper@phila.gov | Jun 14 2024 00:40:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14835725 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2024 00:44:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14845328 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 01:19:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14835727 | | Email/Text: bankruptcy@philapark.org | Jun 14 2024 00:40:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14835728 | + | Email/Text: documentfiling@lciinc.com | Jun 14 2024 00:39:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 14835729 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2024 00:44:06 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14849384 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 14 2024 00:40:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14839304 | + | Email/Text: RASEBN@raslg.com | Jun 14 2024 00:39:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14835731 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2024 00:39:00 | Internal Revenue Service, Centralized Insolvency |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14835732 | + | Email/Text: bankruptcy@kikoff.com | Jun 14 2024 00:39:00 | Kikoff Lending Llc, Attn: Bankruptcy 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14847181 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 00:44:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14847156 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 14 2024 00:44:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14835733 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 14 2024 00:44:06 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14835734 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 14 2024 00:39:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14835735 | | Email/Text: fesbank@attorneygeneral.gov | Jun 14 2024 00:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14835736 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14835737 | ^ | MEBN | Jun 14 2024 00:18:37 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14835738 | ^ | MEBN | Jun 14 2024 00:18:21 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14835740 | + | Email/Text: bankruptcy@philapark.org | Jun 14 2024 00:40:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14835742 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 14 2024 00:40:00 | Select Portfolio Servicing, 3217 S Decker Lake Dr, W Valley City, UT 84119-3284 |
| 14890615 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 14 2024 00:39:00 | Social Security Administration, SSA, OGC - Office of Program Lit - Bankr, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 14835743 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jun 14 2024 00:39:00 | Social Security Adminstration, Office of Regional Commissioner 26 Feder, New York, NY 10278-0011 |
| 14835745 | ^ | MEBN | Jun 14 2024 00:18:29 | Stern and Eisenberg, LLP, 1581 Main Street Suite 200, Warrington, PA 18976-3403 |
| 14835746 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2024 00:44:08 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14835747 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 00:44:19 | T Mobile, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14835750 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 14 2024 00:40:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14835751 | ^ | MEBN | Jun 14 2024 00:18:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14851194 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 01:19:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14835752 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 14 2024 00:39:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 14835753 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 14 2024 00:44:29 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 31

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 13, 2024 | Form ID: 155 | Total Noticed: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Joint Debtor Kathleen A. Menke help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward Christian Menke III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Edward Christian Menke III<br><br>  Kathleen A. Menke<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13659−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 12, 2024

    For The Court

    Ashely M. Chan
    Judge, United States Bankruptcy Court