

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-13659

DEBTOR(S):

EDWARD CHRISTIAN MENKE

KATHLEEN A MENKE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $1,602.69

CREDITOR'S SIGNATURE:

*/s/ Star Tumminelli*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/26/2024