| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13659-AMC

Edward Christian Menke, III  
Kathleen A. Menke  
9920 Lorry Pl  
Philadelphia PA 19114-2106

Petition Filed Date: 12/01/2023  
341 Hearing Date: 01/26/2024  
Confirmation Date: 06/12/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $650.00 | | 02/08/2024 | $650.00 | | 03/08/2024 | $685.00 | |
| 04/08/2024 | $685.00 | | 05/09/2024 | $685.00 | | 06/10/2024 | $685.00 | |
| 07/09/2024 | $685.00 | | | | | | | |

**Total Receipts for the Period: $4,725.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,410.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,054.47 | $3,054.47 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $425.23 | $0.00 | $425.23 |
| 2 | MERRICK BANK »» 002 | Unsecured Creditors | $1,876.71 | $0.00 | $1,876.71 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 004 | Mortgage Arrears | $33,812.37 | $1,811.31 | $32,001.06 |
| 5 | LOWER BUCKS HOSPITAL »» 005 | Unsecured Creditors | $1,955.11 | $0.00 | $1,955.11 |
| 6 | JEFFERSON HEALTH »» 006 | Unsecured Creditors | $1,204.60 | $0.00 | $1,204.60 |
| 7 | VERIZON BY AIS AS AGENT »» 007 | Unsecured Creditors | $1,990.83 | $0.00 | $1,990.83 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $375.91 | $0.00 | $375.91 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $60.16 | $0.00 | $60.16 |
| 10 | MID ATLANTIC SOCIAL SECURITY CENTER »» 010 | Unsecured Creditors | $5,884.70 | $0.00 | $5,884.70 |
| 11 | COMCAST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | KIKOFF LENDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | KIKOFF LENDING LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | RHEUMATIC DISEASE ASSOCIATES LTD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | TMOBILE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | THOMAS JEFFERSON UNIVERSITY HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13659-AMC**

| 19 | TORRESDALE PEDIATRICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,410.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $4,865.78 | Arrearages: | $0.00 |
| Paid to Trustee: | $541.00 | Total Plan Base: | $41,030.00 |
| Funds on Hand: | $3.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.