Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kathleen A. Menke
9920 Lorry Pl
Philadelphia, PA

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13659-AMC**

Petition Filed Date: 12/01/2023
341 Hearing Date: 01/26/2024
Confirmation Date: 06/12/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2025 | $685.00 | | 09/15/2025 | $685.00 | | 10/16/2025 | $685.00 | |
| 11/17/2025 | $685.00 | | 12/15/2025 | $685.00 | | 01/14/2026 | $685.00 | |
| 02/17/2026 | $685.00 | | 03/16/2026 | $685.00 | | 04/14/2026 | $685.00 | |
| 05/14/2026 | $685.00 | | 06/15/2026 | $685.00 | | 07/17/2026 | $685.00 | |

**Total Receipts for the Period: $8,220.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $21,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,054.47 | $3,054.47 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $425.23 | $0.00 | $425.23 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,876.71 | $0.00 | $1,876.71 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $33,812.37 | $16,979.76 | $16,832.61 |
| 5 | LOWER BUCKS HOSPITAL<br>»» 005 | Unsecured Creditors | $1,955.11 | $0.00 | $1,955.11 |
| 6 | JEFFERSON HEALTH<br>»» 006 | Unsecured Creditors | $1,204.60 | $0.00 | $1,204.60 |
| 7 | VERIZON BY AIS AS AGENT<br>»» 007 | Unsecured Creditors | $1,990.83 | $0.00 | $1,990.83 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $375.91 | $0.00 | $375.91 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $60.16 | $15.58 | $44.58 |
| 10 | MID ATLANTIC SOCIAL SECURITY CENTER<br>»» 010 | Unsecured Creditors | $5,884.70 | $0.00 | $5,884.70 |
| 11 | COMCAST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | KIKOFF LENDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | KIKOFF LENDING LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13659-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | RHEUMATIC DISEASE ASSOCIATES LTD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | TMOBILE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | THOMAS JEFFERSON UNIVERSITY HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TORRESDALE PEDIATRICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,850.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $20,049.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,785.56 | Total Plan Base: | $41,030.00 |
| Funds on Hand: | $14.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.